

## In The
## Court of Appeals
## Seventh District of Texas at Amarillo

---

### No. 07-24-00027-CR

---

ABDUL SHIRZAD, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the County Criminal Court No. 1
Tarrant County, Texas[1]
Trial Court No. 1757942, Honorable Brent Carr, Presiding

---

## February 1, 2024

## ORDER OF ABATEMENT AND REMAND

### Before PARKER and DOSS and YABAROUGH, JJ.

Appellant, Abdul Shirzad, proceeding pro se, appeals his conviction for indecent assault[2] and sentence to ninety days of confinement in Tarrant County Jail. The clerk's record has been filed but the reporter's record remains outstanding as Appellant has not made payment arrangements for the record. After we directed Appellant to pay for the

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. See TEX. GOV'T CODE ANN. § 73.001.

[2] See TEX. PENAL CODE ANN. § 22.012(b).

reporter's record, Appellant filed a letter notifying the Court that he is indigent, requests appointed counsel, and seeks preparation of the reporter's record without charge.

We, therefore, abate this appeal and remand the cause to the trial court to determine:

(1)     whether Appellant still desires to prosecute the appeal;

(2)     whether Appellant is indigent and entitled to appointed counsel pursuant to article 1.051(d)(1) of the Code of Criminal Procedure; and

(3)     whether Appellant is entitled to have the reporter's record furnished without charge pursuant to Rule of Appellate Procedure 20.2.

The trial court shall enter such orders necessary to address the aforementioned questions. So too shall it include its findings on those matters in a clerk's record and cause that record to be filed with the Clerk of this Court by March 4, 2024. If it is determined that Appellant desires to proceed with the appeal, is indigent, and is entitled to appointed counsel, the trial court shall appoint counsel; the name, address, email address, phone number, and state bar number of any newly appointed counsel shall be included in the aforementioned findings.

It is so ordered.

Per Curiam

Do not publish.